ACCEPTED
01-14-01030-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 4:54:17 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-01030-CV

IN THE
FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 4:54:17 PM
CHRISTOPHER A. PRINE
Clerk

**TARRIS WOODS**
**-***Appellant-*

VERSUS

**SANDRA T. KENNER AND CHARLES E. TWYMON, JR.**
*-Appellee-*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 4:54:17 PM
CHRISTOPHER A. PRINE
Clerk

**On Appeal from the**
**Probate Court of Galveston County**
**Trial Court Case No. PR-0075144**
**Hon. Kimberly Sullivan, Presiding**

---

## APPELLANT'S MOTION TO TAKE JUDICIAL NOTICE

Douglas T. Godinich
Attorney at Law
SBN: 24007244
2727 Broadway
Galveston, Texas 77550
(409) 763-2454 (telephone)
(409) 736-4309 (facsimile)
Attorney for Appellant
**Tarris Woods**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES** Appellant, Tarris Woods, asks the Court to take Judicial Notice of Cause Number 01-14-01029-CV.

## A. INTRODUCTION

1.     Appellant is Tarris Woods; appellee is Sandra Kenner and Charles Twymon, Jr.

## B. Argument & Authorities

2.     A court of appeals has the power to take judicial notice for the first time on appeal. See *Langdale v. Villamil*, 813 S.W.2d 187, 189–90 (Tex.App.—Houston [14th Dist.] 1991, no writ); *City of Dallas v. Moreau*, 718 S.W.2d 776, 781 (Tex.App.— Corpus Christi 1986, writ ref'd n.r.e.).

3.     To be the proper subject of judicial notice, a fact must be "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Tex.R.Civ.Evid. 201(b)(2). Judicial notice is mandatory if "requested by a party and [the court is] supplied with the necessary information." Tex.R.Civ.Evid. 201(d).

4.     Appellant direct the court's attention to the clerk's record in cause number 01-14-01029-CV; namely: CR: 4-14; CR: 17; CR: 22; CR:32-45; CR: 60-65; CR: 67-72.

5.     The authenticity and contents of the clerk's records are capable of accurate and ready determination by resort to a published record whose accuracy cannot reasonably be questioned.

## C. Conclusion

6.   Appellant requests that this Court take judicial notice of the clerk's record that is on file in case number 01-14-01029-CV; namely: CR: 4-14; CR: 17; CR: 22; CR:32-45; CR:60-65; CR: 67-72.

## D. Prayer

7.   For these reasons, Appellant asks the Court to take Judicial notice of the clerk's record in case number 01-14-01029-CV; namely: CR: 4-14; CR: 17; CR: 22; CR: 32-45; CR:60-65; CR: 67-72.

Respectfully submitted,


_/S/_Douglas T. Godinich _
Douglas T. Godinich
Texas Bar No. 24007244
2727 Broadway
Galveston, Texas 77550
Tel: (409) 763-2454
Fax: (409) 736-4309
Attorney for Tarris Woods

<u>Certificate of Conference</u>

I certify that I have attempted to confer with Thomas W. McQuage's office by telephone and he is neither opposed or unopposed to Appellent's Motion to take Judicial Notice.

__/S/_Douglas T. Godinich____
Douglas T. Godinich

## Certificate of Service

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure. I certify that a true copy of this Motion to Take Judicial Notice was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or the attorney for such party indicated below by method indicated.

_/s/ Douglas T. Godinich_____
Douglas T. Godinich


**By FAX TRANSMITTAL**
Thomas W. McQuage
P.O. Box 16894
Galveston, Texas 77552
TEL: 409-762-1104
mcquage@swbell.net